UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGELO ANTWAUN WILLIAMS,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:23-cr-00077-PLM-1

## ORDER

Defendant appeared before me on July 3, 2023, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly**, IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

Dated: July 3, 2023

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge